UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x

ALEJANDRO REYES, *individually and on behalf of others similarly situated*,

                Plaintiff,

    -against-

JJS DINER CORP., *a New York Corporation d/b/a The Dinerbar,* and SPIRO GATANAS, *an individual*,

                Defendants.
----------------------------------------x

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Docket No.: 22-cv-06220 (TAM)

    **IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendants in the above-captioned action through their undersigned counsel that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear its own fees and costs.

Dated: March 04/19/23, 2023

**LAW OFFICES OF NOLAN KLEIN, P.A.**

_____
Nolan Klein, Esq.
*Attorneys for Plaintiff*
112 W. 34th Street, STE 1800
New York, New York 10034
Tel: (646) 560-3230

**SO ORDERED:**

*Taryn A. Merkl*
_____
Honorable Taryn A. Merkl

Dated: April 20, 2023

**CLIFTON BUDD & DeMARIA, LLP**

_____
Ian-Paul A. Poulos
*Attorneys for Defendants*
The Empire State Building
350 Fifth Avenue, 61st Floor
New York, New York 10118
(212) 687-7410

April 21, 2023
_____
Date